August 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MICROSOFT CORPORATION, Appellant/Cross-Appellee

NO. 14-15-00024-CV                 V.

MICHAEL MERCIECA, Appellee/Cross-Appellant

_____

       This cause, an appeal from the judgment in favor of appellee/cross-appellant, Michael Mercieca, signed October 2, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** a take-nothing judgment in favor of appellant/cross-appellee, Microsoft Corporation.

       We further order that all costs incurred by reason of this appeal be paid by appellee/cross-appellant, Michael Mercieca.

       We further order this decision certified below for observance.